IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KA TOGETHER, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION<br>NO. 18-142 |

## **ORDER**

**AND NOW**, this 24th day of January 2019, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 15), Plaintiff's Response in Opposition to Defendant's Motion (Doc. No. 16), Defendant's Reply Memorandum in Support of its Motion for Summary Judgment (Doc. No. 19), and all attached exhibits, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Doc. No. 15) is **GRANTED**;

2. Judgment shall be entered in favor of **DEFENDANT**; and

3. The Clerk of Court shall close this case for statistical purposes.

                                              BY THE COURT:

                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J